IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARQUEZ BREON SPRINGS-OWENS,    )
                                )
            Petitioner,          )
                                )
    v.                           )    1:24-cv-610
                                )
STATE OF NORTH CAROLINA,         )
                                )
            Respondent.          )

## ORDER

On August 7, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is construed as a habeas petition under 28 U.S.C. § 2254 and **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects of the current Petition and is filed in the proper district.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 27th day of November, 2024.

                                          /s/ William L. Osteen, Jr.
                                        United States District Judge